# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

### JUDGMENT IN A CIVIL CASE
_____

**RANDALL SWERINGEN,**
**DAVID WILSON and JOHN DOE(S)**

    vs.                            **CASE NUMBER: 1:05-CV-428**
                                                      **(NAM/DRH)**

**NEW YORK STATE DISPUTE**
**RESOLUTION ASSOCIATION (NYSDRA),**
**ELIOT SPITZER, Attorney General**
_____

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Defendant, Eliot Spitzer, was previously Dismissed from this action by Order of Chief District Judge Norman A. Mordue dated September 28, 2006.

It is further Ordered that Defendant, New York State Dispute Resolution Association's Motion for summary judgment is Granted. This action is Dismissed in its entirety.

All of the above pursuant to the Orders of the Honorable Chief District Judge Norman A. Mordue, dated the 28th day of September, 2006 and the 16th day of February, 2010.

DATED: February 16, 2010

*[signature]*
Clerk of Court

                                            s/ Melissa Ennis
                                            Melissa Ennis
                                            Deputy Clerk